United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 24, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 02-20660
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALEX FRANCIS MCGRATH,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-01-R-209-2
--------------------

Before DAVIS, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Alex
Francic McGrath has moved for leave to withdraw and has filed a
brief as required by Anders v. California, 386 U.S. 738 (1967).
McGrath has received a copy of counsel's motion and brief but has
not filed a response. Our independent review of the brief and
the record discloses no nonfrivolous issue. Accordingly,
counsel's motion for leave to withdraw is GRANTED, counsel is

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

excused from further responsibilities herein, and the APPEAL IS

DISMISSED.  <u>See</u> 5TH CIR. R. 42.2.